UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAVE OUR ALLIES, LLC

           PLAINTIFF(S)

v.

GREGORY GUSTIN, et al.,

           DEFENDANT(S).

CASE NUMBER
1:22−cv−22981−JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Matthew Nelson**

as of course, on the date November 30, 2022.

        **Angela E. Noble**
        CLERK OF COURT

        By  /s/ *Dimas Rodriguez*
        Deputy Clerk

cc:  Judge Jose E. Martinez
     Save Our Allies, LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)