UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22981-CIV-MARTINEZ-BECERRA

SAVE OUR ALLIES, LLC,

    Plaintiff,

vs.

GREGORY GUSTIN, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Default Judgment ("Motion"), (ECF No. 18). Judge Becerra filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 27). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 27), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 18), is **GRANTED in part** and **DENIED in part** as set forth below:

    1.    As to Counts I and II, default judgment is **GRANTED** against Ravenswood. Plaintiff shall be awarded $735,128.00 in compensatory damages as to Counts I and II.

    2.    As to Counts III and VI, default judgment is **GRANTED** against Ravenswood. Plaintiff shall be awarded $290,000.00 in compensatory damages as to Counts III and VI.

    3.    As to Count IV, default judgment is **GRANTED** against Ravenswood. Plaintiff

shall be awarded $870,000.00 in treble damages as to Count IV.

4.  As to Count V, the Motion is **DENIED**.

5.  As to Plaintiff's request for pre-judgment interest, post-judgment interest, and attorneys' fees and costs, the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiff shall be permitted to submit supporting evidence and argument as to its pre-judgment interest, post-judgment interest, and reasonable attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 22 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record