UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22981-CIV-MARTINEZ-SANCHEZ

SAVE OUR ALLIES, LLC,

    Plaintiff,

vs.

GREGORY GUSTIN, THE RAVENSWOOD
GROUP HOLDING LLC, and MATTHEW
NELSON,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for an Award of Attorneys' Fees, (ECF No. 29). Judge Sanchez filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 33). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's R&R, (ECF No. 33), is **AFFIRMED** and **ADOPTED**.
2. The Motion for an Award of Attorneys' Fees, (ECF No. 29), is **GRANTED in part and DENIED in part** as follows:
   a. Plaintiff's request for attorneys' fees under Florida's civil theft statute, Fla. Stat. § 772.11, is **DENIED WITHOUT PREJUDICE**. Plaintiff is permitted to resubmit its request for fees, limited to those attorneys' fees attributable to the civil theft claim against Defendant Ravenswood;

b. Plaintiff's request for pre-judgment is **GRANTED** in the adjusted amount of $52,164.76; and

c. Plaintiff's request for post-judgment interest is **GRANTED** and that post-judgment interest shall accrue at the rate of 5.36% from August 23, 2023, the date of entry of the default judgment, until payment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28 day of August, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record